In the Matter of the Application of the GRADE CROSSING
   COMMISSIONERS OF THE CITY OF BUFFALO, Respondents,
   for the Appointment of Commissioners.

OTIS ELEVATOR COMPANY, Appellant; CITY OF BUFFALO
           et al., Respondents.

*Appeal — order affirmed where question argued is not presented by record.*

*Matter of Grade Crossing Comrs. City of Buffalo,* 191 App. Div. 935,
affirmed.

(Argued October 6, 1920;  decided October 22, 1920.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the fourth judicial
department, entered March 13, 1920, which affirmed an
order of Special Term confirming the report of commis-
sioners of appraisal in charge of grade damage proceedings.

   *Edward C. Randall* for appellant.

   *De Witt Clinton* for grade crossing commissioners,
respondents.

   *William S. Rann, Corporation Counsel (Jeremiah J.
Hurley* of counsel), for city of Buffalo, respondent.

   *Maurice C. Spratt* for New York Central Railroad
Company, respondent.

Order affirmed, with costs, on the ground that the
question argued by appellant is not presented by the
record; no opinion.

   Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO,
McLAUGHLIN, CRANE and ANDREWS, JJ.